IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | : |
| *Plaintiff*, | : Case No. 1:22-cv-44 |
| vs. | : Judge Jeffery P. Hopkins |
| BOARD OF EDUCATION OF FAIRLAND LOCAL SCHOOL DISTRICT, *et al.*, | : |
| *Defendants*. | : |

**JUDGMENT IN A CIVIL CASE**

☐ **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**     This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the March 19, 2025 Order, the Court **GRANTS** Defendants' Motion to Dismiss and **DISMISSES** Doe's Complaint (Doc. 1) **WITH PREJUDICE**.

Dated: March 19, 2025

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk